No. 03–7701.  REED v. CROSBY, SECRETARY, FLORIDA DEPART-MENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 03–7702.  RIVAS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 03–7706.  JONES v. UNITED STATES ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 03–7711.  CEDANO-ARELLANO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–7713.  DESALME v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–7714.  DAVIS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–7715.  TEAGUE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 03–7723.  JOSHUA v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 03–7727.  ABRAHAM-FLORES, AKA GARCIA-LIMON v. UNITED STATES; DUQUE-CONTRERAS, AKA DUGUE-CONTRERAS v. UNITED STATES; GALLARDO-AGUIRRE v. UNITED STATES; NICOLAS-RODRIGUEZ, AKA MICOLAS-RODRIGUEZ v. UNITED STATES; RIVERA-ALVARADO v. UNITED STATES; ROSALES-VILLALOBOS, AKA ROSALES, AKA ROSALES-RILLALOBOS v. UNITED STATES; ROMERO-LUNA, AKA CARDENAS-GUTIERREZ, AKA HERNANDEZ-ROMERO v. UNITED STATES; SALAZAR-HERNANDEZ v. UNITED STATES; and TINOCO-GARCIA, AKA WILSON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 71 Fed. Appx. 417 (fifth judgment); 72 Fed. Appx. 193 (first judgment), 212 (third judgment), 224 (ninth judgment), 228 (eighth judgment), 974 (sixth judgment), 985 (seventh judgment), and 993 (fourth judgment); 73 Fed. Appx. 689 (second judgment).

No. 03–7731.  SANFORD v. PRINCIPI, SECRETARY OF VETERANS AFFAIRS.  C. A. 4th Cir.  Certiorari denied.

No. 03–7736.  JONES v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.